USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
NEWEL ANDERSON,

                Plaintiff,     :    07 Civ. 6256 (DC)

    - against -

LIFE INSURANCE COMPANY OF NORTH     :    Stipulation Extending Time to Answer
AMERICA,

                Defendant.
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant that the time for defendant to answer, make any motion in response to the Complaint or otherwise respond to the Complaint in the captioned action is extended to and including September 7, 2007.

IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: White Plains, New York
       August 3, 2007

_____                 _____
Justin Frankel (JF-5983)                   Emily A. Hayes (EH-5243)
Frankel & Newfield, P.C.                  Wilson, Elser, Moskowitz, Edelman &
*Attorneys for Plaintiff*                   Dicker LLP
585 Stewart Avenue – Suite 301        *Attorneys for Defendant Life Insurance*
Garden City, New York 11530          *Company of North America*
(516) 222-1600                             3 Gannett Drive
                                                 White Plains, New York 10604
                                                 (914) 323-7000

_____
So Ordered   8/7/07

WPDOCS01 1627259v.1