UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEWEL ANDERSON,                                         :

                Plaintiff,              :

          - against -                              :       07 CV 6256 (DC)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :       Rule 7.1 Disclosure Statement

                Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Life Insurance Company of North America certifies the following:

      Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated: White Plains, New York
       November 1, 2007

                                       WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                       By: /s/ Emily A. Hayes
                                       Fred N. Knopf (FNK 4625)
                                       Emily A. Hayes (EH 5243)
                                       3 Gannett Drive
                                       White Plains, New York 10604-3407
                                       Phone (914) 323-7000
                                       Facsimile (914) 323-7001

1731493.1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 1, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                      s/Emily A. Hayes
                                                    Emily A. Hayes (EH 5243)
                                                    3 Gannett Drive
                                                    White Plains, New York 10604-3407
                                                    Phone (914) 323-7000
                                                    Facsimile (914) 323-7001
                                                    emily.hayes@wilsonelser.com

1731493.1