UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NEWEL ANDERSON,                                        :

                              Plaintiff,                       :

                    - against -                                 :    07 CV 6256 (DC)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :    AFFIDAVIT OF
                                                               RICHARD LODI
                              Defendant.                       :

-------------------------------------------------------x

COMMONWEALTH OF MASSACHUSETTS)
                                        ) ss:
COUNTY OF WORCESTER         )

I, RICHARD LODI, being duly sworn, depose and state as follows:

1. I am employed by Life Insurance Company of North America ("LINA") as a Senior Operations Representative. I make this affidavit in support of LINA's motion to transfer venue in the above-captioned action.

2. As part of my job responsibilities, I am familiar with plaintiff Newel Anderson's claim for long term disability benefits under the long term disability policy issued by LINA to plaintiff's employer, FLK 30052, to fund the employer's benefit plan ("Plan"). The Plan is administered by the employer, Aegon, USA, which is based in Cedar Rapids, Iowa. LINA administers benefits claims under the Plan. I am also familiar with LINA's claim file pertaining to Anderson's claim (the "Claim File"), which has been routinely kept by LINA in the ordinary course of its business.

3. LINA is a Pennsylvania company with its principal place of business in Philadelphia, Pennsylvania.

1729452.1

4.  LINA administered Anderson's long term disability claim in its claim office in Pittsburgh, Pennsylvania.

5.  Attached hereto as Exhibit A is a true and correct copy of a Long Term Disability Proof of Loss dated September 26, 2006 which was submitted by Anderson to LINA in support of his claim for long term disability benefits under the Plan. This document is contained in LINA's claim file. The form shows that plaintiff's address is in Suwanee, Georgia. The form also shows that plaintiff's treating medical providers were located in Georgia.

6.  Plaintiff's treating physician Cynthia Lawrence Elliott is located in Lawrenceville, Georgia. Attached hereto as Exhibit B is an Attending Physician's Statement completed by Dr. Lawrence Elliott on May 23, 2006, which is located in LINA's claim file.

_____
Richard Lodi

Sworn to and Subscribed before me this
_1_ day of November, 2007

_____
Notary Public
Expires April 14, 2011

1729452.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, a copy of the foregoing Affidavit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
Emily A. Hayes (EH 5243)
Wilson, Elser, Moskowitz, Edelman
  & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000, Ext. 4165
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

1729452.1

Exhibit A

**Long Term Disability**
**Proof of Loss**

CIGNA Group Insurance
Life • Accid.   Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

**CIGNA**

PITTSBURGH

**FRAUD WARNING:** Any Person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purposes of misleading, information concerning any material fact, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas, or Virginia.

## EMPLOYEE INFORMATION

Name of Employee (Last, First, Middle): ANDERSON, NEWEL Richard Jr.
Date of Birth: 07/12/1955
Incident #: 1499576
Sex: ☒ Male ☐ Female ☐ Unknown

Address (Street, Apt): 1155 ANTHONY COURT
City: SUWANEE
State: GA
Zip Code: 30024
Telephone No.: (770)888-9331

Please describe your condition: not specified

### PLEASE COMPLETE SECTIONS A, B, OR C - AND THE REMAINDER OF THE APPLICATION

**A**
Is this an injury? ☐ Yes ☒ No ☐ Unknown
Date of Injury:
Time of Injury:
Is this work related? ☐ Yes ☐ No ☐ Unknown
Describe the cause of Injury:

**B**
Is this an illness? ☒ Yes ☐ No ☐ Unknown
Date of Illness: Nov 2003
Is this work related? ☐ Yes ☒ No ☒ Unknown
Describe the cause of Illness: Unknown

**C**
Is this an pregnancy? ☐ Yes ☒ No ☐ Unknown
Delivery/Due Date:
Delivery Method:
Were there complications? ☐ Yes ☐ No ☐ Unknown
Describe the complications:

Are you currently losing time from work? ☒ Yes ☐ No ☐ Unknown
If yes, what specifically prevents you from working? mental/physical

Last Day Worked: 04/06/2006   # hours worked: 7.00
Date first unable to work: 04/07/2006
Date you plan to return to work? primarily absolute mental and physical exhaustion—mental confusion and memory loss

Have you had the same or similar condition in the past? ☒ Yes ☐ No ☒ Unknown
If yes, when did it occur (dates)? Aug 2004
Please describe: STD for same conditions

Please list any states in which you may be liable for filing tax returns: GA

Are you receiving any other income or benefits? If so, please complete the following.

| Benefit Type | Gross Weekly Amount | Date Began | Paid thru Date |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

Please list any hospitals, clinics or physicians that treated you for your condition:

| Name & Address | Telephone No. | Specialty | First Treatment Date | Last Treatment Date |
|---|---|---|---|---|
| SHAHID RAFIQUE<br>2351 HENRY CLOWER BLVD<br>ROSWELL, GA 30076- | (770)736-1735 | Family Practi | | |
| Cynthia Elliott<br>600 Professional Dr<br>Lawrenceville, GA 30045 | 770 822 1090 | Rhuematology | May 2006 | Sep 2006 |
| | | | | |
| | | | | |

## EMPLOYMENT INFORMATION

Occupation: 01 - Officials and Managers VP CHEIF COMM
Date Hired: 02/01/1995
Basic Earnings: $ 1.00   Frequency: Weekly
Date of last change in earnings:

Please provide a brief description of daily job duties: Primarily Database programming of the commission system

Please check the appropriate items regarding this employee:
- [ ] Exempt
- [ ] Non-Exempt
- [ ] Management
- [ ] Non-Management
- [ ] Supervisory
- [ ] Non-Supervisory
- [x] Salaried
- [ ] Hourly
- [x] Full Time
- [ ] Part Time
- Hours/Week ___
- [ ] Union - Local # ___
- [ ] Non-Union

Has Employee been laid off? [ ] Yes [x] No [ ] Unknown
Or terminated? [ ] Yes [x] No [ ] Unknown
If yes, please indicate the date and reason:

STD Policy/Covg. Number:
Effective date of employee's STD coverage:
Was STD insurance issued on the basis of a statement of physical condition? [x] Yes [ ] No [ ] Unknown

Percent of Employee's STD contribution: %
Employee's contributions were made on: [ ] Pre-Tax Basis [ ] Post-Tax Basis
Premium Paid Thru Date:

LTD Policy/Covg. Number:
Effective date of employee's LTD coverage:
Was LTD insurance issued on the basis of a statement of physical condition? [ ] Yes [ ] No [x] Unknown

Percent of Employee's LTD contribution: %
Employee's contributions were made on: [ ] Pre-Tax Basis [ ] Post-Tax Basis
Premium Paid Thru Date:

(margin note: I do not know these things)
(margin note: ?)

## EMPLOYEE WORK LOCATIONS

Employer Name: AEGON USA, INC
Address (include Street, City, State & Zip): 11315 Johns Creek Pkwy WORLD FINANCIAL GROUP UNKNOWN DULUTH GA 30097-
Contact Person: Dwight Wood
Telephone No.: 770-453-9300

## ADDITIONAL EMPLOYERS (If applicable)

Employer Name:
Address (include Street, City, State & Zip):
Contact Person:
Telephone No.:

Name of Employee (Last, First, Middle): ANDERSON, NEWEL Richard Jr.
Social Security Number: 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

## CERTIFICATION

This is to certify the facts as indicated above are true to the best of my knowledge and belief.
Signature of Employee: Newel Richard Anderson
Date of Signature: 9-26-06

The issuance of this form is not an admission of the existence, nor does it recognize the validity, of any claim and is without prejudice to the company's legal rights in the premises.

Exhibit B

5/23/06

 **AEGON.**

**Attending Physician's Statement**
**AEGON Short-Term Disability Program**

The Employee is responsible for the completion of this form without expense to the Employer.

### 1. To be Completed By Employee

**Employer Name:** Newel Richard Anderson — World Financial Group
**Employee Last Name:** Anderson
**MI:** R
**Social Security Number:** 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
**Employee First Name:** Newel
**Employee ID Number:** 000271429
**Employee Address - Line 1:** 1155 Anthony Court
**Date of Birth (MM/DD/Year):** 07/12/2006
☒ Male ☐ Female
**City:** Suwanee
**State:** GA
**Zip Code:** 30024
**Job Title:** Vice President - Aristotle Commissions

I hereby authorize release of information requested on this form for the purpose of claim processing.
X Newel Richard Anderson
**Date Signed:** 5/23/2006

### 2. To Be Completed By Attending Physician

**Clinical Diagnosis:**
Primary: Chronic viremia / ABN immunoglobulins — 795.79
Secondary: Fatigue + weakness — 780.79
Secondary: Multiple joint pain — 719.40

(margin notes: Chronic viremia, ABN immunological, fatigue & weakness, multiple joint pain)

☒ Totally Disabled From 5/23/06 to —
☐ Partially Disabled From __ to __
# of hours the employee can work per day: N/A
Prognosis for Return to Work Part Time: poor
Prognosis for Return to Work Full Time: poor
Date of First Visit: __/__/__
Date of Last Visit: 05/23/06
Frequency of Visits: 2-3 mos

Relevant test procedures performed (Please provide results): serologies attached

Surgical procedures(s) performed (Please be specific): N/A
Date of Procedure: __/__/__

Current Medications: None

Was Claimant hospital confined? ☐ Yes ☒ No
If hospitalized, give dates: From __/__/__ To __/__/__

**Other Treating Physicians or Consultants**

| Physician Name | Specialty | Phone Number |
|---|---|---|
| | | |
| | | |

AEGON Employee Service Center
Disability Unit, MS 3855
4333 Edgewood Road NE
Cedar Rapids, IA 52499
Fax 319-558-5401

Attending Physician's Statement
Page 1 of 2

## 2. Attending Physician Information (continued)

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function):
Autoimmune illness — with protracted course of viremia

Date when significant loss of function occurred: 10/15/2003 by History

Are there Corresponding Medical Restrictions, i.e., what activities should the claimant not perform because of a significant risk to self or others? Repetitive lifting

Can the patient perform sedentary work?  ☐ Yes  ☒ No

What treatment will be followed to alleviate the current restrictions? Conservative approach / supportive care

Return to Work Plan (Please describe): N/A    Target Date: ___/___/___

Describe Medical Obstacles to Return to Work: N/A

Are there any Non-Medical Factors which have a significant impact on Functional Abilities, i.e., interpersonal, financial, family? N/A

Work related illness or injury?  ☐ Yes  ☒ No
Was Condition caused by a MVA?  ☐ Yes  ☒ No      N/A

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

| ☐ Sedentary | ☐ Light | ☐ Medium | ☐ Heavy | ☐ Very Heavy |
|---|---|---|---|---|
| Negligible Weight Mostly Sitting | Up to 10 lbs. frequently Up to 20 lbs. occasionally | 10 to 25 lbs. freq. Up to 50 lbs. occ. | 25 to 50 lbs. freq. 50 to 100 lbs. occ. | More than 50 lbs. freq. 100 lbs. occasionally |

## 3. Physician Information

Physician Name: Cynthia L. Elliott
Specialty: Rheumatology
Phone Number: 770-622-5282
Office Address: 600 Professional Dr. Suite 260
Fax Number: 770-622-5286
City: Lawrenceville   State: GA   Zip Code: 30045

The above statements are true to a reasonable degree of medical certainty.

X _[signature]_   Date Signed: 05/03/06
Physician Signature
Printed Name: Cynthia L. Elliott MD

**Important:** This form must be completed and signed by one of the following: Doctor of Medicine (M.D.), Doctor of Osteopathy (D.O.), Dental Surgeon (D.D.S.), Podiatrist or Surgical Chiropodist (D.P.M. or D.S.C.) or Chiropractor (D.C.)