UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
NEWEL ANDERSON,                              :

                Plaintiff,            :

         - against -                   :    07 CV 6256 (DC)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :   Declaration of Emily A. Hayes in
                                                                       Support of Defendant's Motion
                Defendant.            :    to Transfer Venue

------------------------------------------- x

      EMILY A. HAYES, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

      1.    I am an associate of the firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendant Life Insurance Company of North America ("LINA") and submit this declaration in support of LINA's motion to transfer venue.

      2.    Annexed to this declaration is a true and correct copy of the following document:

Exhibit    Description

A.    The Complaint in this matter, dated July 5, 2007

Dated:    White Plains, New York
           November 1, 2007

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: s/Emily A. Hayes
                                  Emily A. Hayes (EH 5243)

1731437.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2007, a copy of the foregoing Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            _Emily A. Hayes_____
            Emily A. Hayes (EH 5243)
            Wilson, Elser, Moskowitz, Edelman
              & Dicker, LLP
            3 Gannett Drive
            White Plains, New York 10604-3407
            Phone (914) 323-7000, Ext. 4165
            Facsimile (914) 323-7001
            emily.hayes@wilsonelser.com