UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEWEL ANDERSON,                                  :

                  Plaintiff,             :

           - against -                          :           07 CV 6256 (DC)

LIFE INSURANCE COMPANY OF NORTH AMERICA,  :           <u>NOTICE OF
                                                                                       APPEARANCE</u>

                  Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for defendant Life Insurance Company of America.

      I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             November 1, 2007

                                        Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                        DICKER LLP

                                   By: /s/ Fred N. Knopf
                                        Fred N. Knopf (FNK 4625)
                                        Emily A. Hayes (EH 5243)
                                        *Attorneys for the Defendants*
                                        3 Gannett Drive
                                        White Plains, New York 10604
                                        (914) 323-7000

1733043.1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2007, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    s/Fred N. Knopf
                                                    Fred N. Knopf (FNK 4625)
                                                    3 Gannett Drive
                                                    White Plains, New York 10604-3407
                                                        Phone (914) 323-7000
                                                    Facsimile (914) 323-7001
                                                   fred.knopf@wilsonelser.com

1733043.1