

# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 301
Garden City, NY 11530

Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

November 9, 2007

<u>VIA FACSIMILE 212-805-7906</u>

Hon. Denny Chin, U.S.D.J.
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

Re:    <u>Anderson v. Life Ins. Co. of North America 07 CV 6256 (DC)</u>

Dear Judge Chin:

This office is counsel for Plaintiff in the above matter. Plaintiff respectfully submits this letter to request a stay of briefing Defendant's motion to transfer the venue of this ERISA disability action out of the Southern District of New York.

The parties have fully briefed the identical issues raised in Defendant's motion in the action entitled <u>Barnes v. Life Ins. Co. of North America</u> 07cv 6103 (SHS). During oral argument on November 8, 2007, Judge Stein determined that discovery was required to assist the Court in its ruling. As such, Judge Stein Ordered discovery[1] (document demands, interrogatories and depositions) on the issues to be completed by January 14, 2008.

In light of the Court's Order of discovery, Plaintiff believes that the discovery obtained is crucial to Plaintiff satisfying its burden in the case before Your Honor.

Defendant has objected to our request for its consent.

Based upon the foregoing, it is respectfully submitted that Your Honor stay the briefing schedule until conclusion of discovery before Judge Stein.

*[Handwritten note from judge:]* The request for a stay of the briefing is DENIED; plaintiff may argue, if he wishes, in his opposition papers that discovery is required. The dates for opposition and reply are extended ten days. SO ORDERED. [signature] 11/20/07 USDJ

Respectfully submitted,

FRANKEL & NEWFIELD, P.C.

By: [signature] Justin C. Frankel

JCF:jpm
cc:  Emily Hayes, Esq.

---

[1] Annexed is Judge Stein's Order.