Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
(516) 222-1600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEWEL ANDERSON, | 07 Civ. 6256 |
| Plaintiff, | ECF |
| - against - | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | **VOLUNTARY DISCONTINUANCE** |
| Defendant. | |

Plaintiff, pursuant to FRCP 41, hereby files this voluntary discontinuance of the above referenced action. No responsive pleading has been filed by Defendant.

Dated: Garden City, New York
February 26, 2008

By: _____
Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
Attorneys for Plaintiff

X:\Shared\Anderson\Rule 41.wpd

SO ORDERED.

_____
USDJ  2/29/08